UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

JENNIFER DEUEL,
on behalf of herself and
all others similarly situated,

      Plaintiff,                                         Case No. 22-cv-1504

      v.

ILLUMINUS, *et. al.*

      Defendants

## JOINT MOTION TO ADJOURN DEADLINES AND FOR AN EXTENSION OF TIME TO FILE PRELIMINARY SETTLEMENT APPROVAL WITH THE COURT

Plaintiff, Jennifer Deuel, by and through her counsel, Walcheske & Luzi, LLC, and Defendants, Illuminus and St. Elizabeth Manor, Inc., by and through their counsel, von Briesen & Roper, s.c., respectfully and jointly request that, given the parties' settlement of this matter, the Court adjourn the remaining dates and deadlines in this case and allow the parties until on or before **November 15, 2023**, in order to file their Joint Motion for Preliminary Settlement Approval and supporting documentation with the Court. In support of this Motion, the parties state as follows:

1. The parties have resolved this matter, and they have a comprehensive, finalized, and fully-executed Settlement Agreement;

2. Because of this, the parties respectfully request that the Court remove the remaining deadlines from its calendar, including but not limited to the conditional certification deadline, which is currently October 18, 2023; and

3. In order to allow the parties adequate time to draft, finalize, and file their Joint Motion for Preliminary Settlement Approval and supporting documentation with this Court, the parties respectfully request that the Court allow them until on or before **November 15, 2023**, in order to do so.

**WHEREFORE**, given the parties' settlement of this matter, the parties respectfully request the Court adjourn the remaining dates and deadlines in this case and allow the parties until on or before **November 15, 2023**, in order to file their Joint Motion for Preliminary Settlement Approval and supporting documentation with the Court.

Dated this 18th day of October, 2023

| | |
|---|---|
| WALCHESKE & LUZI, LLC<br>Counsel for Plaintiff | VON BRIESEN & ROPER, s.c.<br>Counsel for Defendants |
| *s/ Scott S. Luzi*<br>Scott S. Luzi, SBN. 1067405<br>WALCHESKE & LUZI, LLC<br>235 N. Executive Drive, Suite 240<br>Brookfield, Wisconsin 53005<br>Telephone: (262) 780-1953<br>E-Mail: sluzi@walcheskeluzi.com | *s/ Craig T. Papka*<br>Craig T. Papka, SBN 1093078<br>VON BRIESEN & ROPER, s.c.<br>20975 Swenson Drive, Suite 400<br>Waukesha, Wisconsin 53186<br>Telephone: (262) 923-8672<br>E-Mail: Craig.Papka@vonbriesen.com |