# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**JENNIFER DEUEL,**
**On behalf of herself and all others similarly situated,**

                **Plaintiff,**

           v.                               Case No. 22-CV-1504

**ILLUMINUS, and**
**ST. ELIZABETH MANOR, INC.,**

                **Defendants.**

---

## COURT MINUTES OF FAIRNESS HEARING

---

### HONORABLE WILLIAM E. DUFFIN PRESIDING

DATE: **January 22, 2024 at 10:30 a.m.**      DEPUTY CLERK: Linda M. Zik

TIME COMMENCED:    10:30 a.m.      TIME CONCLUDED: 10:43 a.m.

Zoom audio in Courtroom 242

APPEARANCES BY PHONE:

    PLAINTIFF:     **Scott S. Luzi**

    DEFENDANTS:     **Craig T. Papka**

**COMMENTS:**

COURT signed an order on November 6, 2023, granting the parties' joint motion for preliminary approval of the settlement and to schedule today's fairness hearing.

No one is in the courtroom today to object to the settlement.

LUZI notes no objections were received, but there was one opt-out.

Documents received by Court:
    ECF No. 37 – Plaintiff's motion for attorney fees and costs
    ECF No. 40 – Plaintiff's motion for approval of service award
    ECF No. 41 – Joint motion for settlement approval – Discussion thereon regarding amounts to be awarded regarding the FLSA and WWPCL

LUZI to submit a new proposed order this morning after consulting with defendants' counsel.

COURT finds the settlement meets the statutory requirement and is fair.