# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JENNIFER DEUEL,**
on behalf of herself and
all others similarly situated,

      **Plaintiff,**　　　　　　　　　　　Case No. 22-CV-1504

  v.

**ILLUMINUS,** *et. al.*

      **Defendants.**

## FINAL ORDER

This Court GRANTS the parties' Joint Motion for Final Settlement Approval (ECF No. 41), APPROVES the parties' Settlement Agreement (ECF No. 29-1), as a fair, reasonable, and adequate resolution of a bona-fide dispute under the FLSA and the WWPCL, and ORDERS the following:

1. The WWPCL Class is certified pursuant to Fed. R. Civ. P. 23;

2. The FLSA Collective is certified pursuant to 29 U.S.C. § 216(b);

3. The twenty-five (25) FLSA Collective Members who filed Consent to Join Forms with the Court, (ECF Nos. 1-3, 33-1, 35-1, and 36-1), will receive their respective payments as listed in the "FLSA Amount" column of Exhibit B of the parties' Settlement Agreement, (ECF No. 29-1), totaling $6,045.86;

4. The sixty-one (61) WWPCL Class Members who did not exclude themselves from the settlement will receive their respective payments as listed in the "WWPCL Amount" column of Exhibit B of the Settlement Agreement, (ECF No. 29-1), totaling $20,053.47;

5. The Settlement Agreement is fair, reasonable, and adequate as it applies to the WWPCL Class and the FLSA Collective;

6. Jennifer Deuel is appointed as Class Representative for the FLSA Collective and the WWPCL Class;

7. Walcheske & Luzi, LLC is appointed as Class Counsel for the FLSA Collective and the WWPCL Class;

8. The Settlement Agreement is binding on the Parties;

9. The Settlement Class Members' released claims are dismissed with prejudice;

10. The FLSA Claims of the Putative Collective Members who did not timely and properly file a Consent to Join Form with this Court in full accordance with the procedures set forth in the parties' Settlement Agreement are dismissed without prejudice;

11. The WWPCL Claims of the Putative Class Members who timely and properly excluded themselves in full accordance with the procedures set forth in the parties' Settlement Agreement, if any, are dismissed without prejudice;

12. Plaintiff's Motion for Approval of Attorneys' Fees and Costs, (ECF No. 37), in the amount of $24,837.50 is GRANTED;

13. Plaintiff's Motion for Approval of Service Award, (ECF No. 40), in the amount of $5,000.00 is GRANTED; and

14. The action is dismissed on the merits and with prejudice.

Dated at Milwaukee, Wisconsin this 23rd day of January, 2024.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge