# United States District Court
## Eastern District of Wisconsin

**JUDGMENT IN A CIVIL ACTION**

**JENNIFER DEUEL,**
**On behalf of herself and all others similarly situated,**

        Plaintiff,

    v.                   Case No. **22-CV-1504**

**ILLUMINUS and**
**ST. ELIZABETH MANOR, INC.,**

        Defendants.

☒ **Decision by Court.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

1. The WWPCL Class is certified pursuant to Fed. R. Civ. P. 23.

2. The FLSA Collective is certified pursuant to 29 U.S.C. § 216(b).

3. The twenty-five (25) FLSA Collective Members who filed Consent to Join Forms with the Court will receive their respective payments as listed in the "FLSA Amount" column of Exhibit B of the parties' Settlement Agreement totaling $6,045.86.

4. The sixty-one (61) WWPCL Class Members who did not exclude themselves from the settlement will receive their respective payments as listed in the

"WWPCL Amount" column of Exhibit B of the Settlement Agreement totaling $20,053.47.

5. As the representative for the FLSA Collective and the WWPCL Class, plaintiff Jennifer Deuel is awarded a Service Award in the amount of $5,000.00.

6. Counsel Walcheske & Luzi, LLC for the FLSA Collective and the WWPCL Class are awarded Attorneys' Fees and Costs in the amount of $24,837.50.

7. The Settlement Class Members' released claims are dismissed with prejudice.

8. The FLSA Claims of the Putative Collective Members who did not timely and properly file a Consent to Join Form with this Court in full accordance with the procedures set forth in the parties' Settlement Agreement are dismissed without prejudice.

9. The WWPCL Claims of the Putative Class Members who timely and properly excluded themselves in full accordance with the procedures set forth in the parties' Settlement Agreement, if any, are dismissed without prejudice.

10. The Settlement Agreement is fair, reasonable, and adequate as it applies to the WWPCL Class and the FLSA Collective. It is binding on the parties.

11. The final approval of the Settlement Agreement is **GRANTED** and this entire action is **DISMISSED ON THE MERITS AND WITH PREJUDICE.**

Date: January 23, 2024

        Gina M. Colletti, Clerk of Court
        EASTERN DISTRICT OF WISCONSIN
        (By) Deputy Clerk, s/ Linda M. Zik

        Approved this 23rd day of January, 2024.

        _____
        WILLIAM E. DUFFIN
        United States Magistrate Judge